1402

*May 11, 2017*

2017-Ohio-2748.]

**2017-0254. Ohio Performance Academy, Inc. v. Testa.**
Board of Tax Appeals, Nos. 2015–1752 and 2015–1753. Appellants have failed to file a merit brief and therefore have failed to prosecute this cause with the requisite diligence. Cause dismissed.

*May 12, 2017*

2017-Ohio-2777.]

**2016–1608. Cole SN Canton Ohio, L.L.C. v. Stark Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2015–2046. On joint motion to remand the appeal to the Board of Tax Appeals in order to implement a settlement. Cause remanded to the Board of Tax Appeals to take further action as appropriate.

**2016–1752. ARCP LS Lakewood, OH, L.L.C. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2015–1853. On joint motion to remand the appeal to the Board of Tax Appeals in order to implement a settlement. Cause remanded to the Board of Tax Appeals to take further action as appropriate.

**2016–1753. ARCP LS S. Euclid, OH, L.L.C. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2015–1852. On joint motion to remand the appeal to the Board of Tax Appeals in order to implement a settlement. Cause remanded to the Board of Tax Appeals to take further action as appropriate.

**2016–1754. ARCP LS S. Euclid, OH, L.L.C. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2015–1854. On joint motion to remand the appeal to the Board of Tax Appeals in order to implement a settlement. Cause remanded to the Board of Tax Appeals to take further action as appropriate.

*May 15, 2017*

2017-Ohio-2791.]

**2017–0554. State ex rel. O'Malley v. O'Donnell.**
In Prohibition and Mandamus. On relator's application for dismissal. Application granted. Cause dismissed.